**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., ) | |
|       Plaintiff, ) | No. CV-04-0469-PHX-PGR |
|       vs. ) | |
| Hosmer Hospitality, L.L.C, ) | <u>ORDER</u> |
|       Defendant. ) | |

Pursuant to the Court's order, the plaintiff has submitted a proposed form of judgment. The plaintiff also filed at the same time an Affidavit of Counsel re Attorney's Fees (doc. #52), with the intention that the Court include an award of attorney's fees and costs in the judgment.  While the Court will enter judgment in the plaintiff's favor for the damages included in the plaintiff's proposed form of judgment given the defendant's failure to object to the amount of the requested damages, the Court will not include any attorney's fees or costs in the judgment given that the plaintiff has not properly requested them in accordance with this Court's Local Rules.  Therefore,

IT IS ORDERED that the plaintiff shall file any request for attorney's fees and non-taxable expenses in accordance with LRCiv 54.2 and shall file any

/   /   /

/   /   /

1   request for taxable costs in accordance with LRCiv 54.1.

2          DATED this 16th day of May, 2006.

3

4

                                    Paul G. Rosenblatt
5                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28